**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **LUCAS THRASHER AND KEELY THRASHER** | * * | **CIVIL ACTION NO.** |
| | * | **DISTRICT JUDGE** |
| **VERSUS** | * * | |
| **ROBERT SALAZAR-PAULINO, FEDEX GROUND PACKAGE SYSTEM, INC. AND PROGRESSIVE PALOVERDE INSURANCE COMPANY** | * * * * | **MAGISTRATE JUDGE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA**

**NOW INTO COURT**, through undersigned counsel, come Defendants, FedEx Ground Package System, Inc. and Robert Salazar-Paulino, which respectfully avers as follows:

1.

On or about February 28, 2022, Plaintiffs, Lucas Thrasher and Keely Thrasher, filed a Petition for Damages in the 33rd Judicial District Court for the Parish of Allen, State of Louisiana, naming Robert Salazar-Paulino, FedEx Ground Package System, Inc. and Progressive Paloverde Insurance Company as Defendants.  That suit bears docket number 2022-062, was assigned to Division "D", and is captioned "*Lucas Thrasher and*

*Keely Thrasher v. Robert Salazar-Paulino, FedEx Ground Package System, Inc. and Progressive Paloverde Insurance Company"*. A copy of the Petition for Damages is attached hereto as Exhibit "A".

2.

Service of the Petition for Damages was requested upon Progressive Paloverde Insurance Company, through the Louisiana Secretary of State, and Progressive Paloverde Insurance Company was served on or about March 14, 2022.

3.

Service of the Petition for Damages was requested upon FedEx Ground Package System, Inc. through the Louisiana Longarm Statute and FedEx Ground Package System, Inc. was served on or about March 11, 2022. FedEx Ground Package System, Inc. will file an Answer within seven (7) days of the filing of this Notice of Removal.

4.

Service of the Petition for Damages was requested upon Robert Salazar-Paulino through the Louisiana Long Arm Statute. As of the date of the filing of this Notice of Removal, Robert Salazar-Paulino has not yet been served. Undersigned counsel will represent Robert Salazar-Paulino if and when he is properly served. Without waiving the formal requirements of service of process, Robert Salazar-Paulino consents to and joins in this Notice of Removal.

5.

Progressive Paloverde Insurance Company was voluntarily dismissed from the state court proceeding by Plaintiff on May 11, 2022. See attached Voluntary Motion and Order of Dismissal attached as Exhibit "B".

6.

It was not facially apparent from the Petition for Damages that the case was removable pursuant to 28 U.S.C. § 1331.  Specifically, it was not facially apparent from the Petition for Damages that the amount in controversy exceeded $75,000, exclusive of interest and cost, as is required for removal under diversity of citizenship.  The Petition for Damages was silent, or at best, its allegations were vague and ambiguous with respect to the amount in controversy. (See attached Exhibit "A").  Plaintiff's Petition for Damages was silent as to whether their damages exceeded the alleged jury threshold of $10,000 and there was no specific allegation as to whether each of the Plaintiffs' damages exceeded the alleged jury threshold of $10,000.  There was no specific allegation as to whether the amount in controversy exceeded the sum of $75,000, exclusive of interest and costs as required by Article 893 of the Louisiana Code of Civil Procedure.

7.

On or about April 27, 2022, counsel for Defendants received a letter from counsel for the Plaintiffs with attached medical records.  See letter and medical records attached as Exhibit "C". Counsel for the Plaintiffs stated that the documents contained in Exhibit "C" fulfilled the requirement with regard to the amount in controversy required for removal 28 U.S.C. § 1441.  Specifically, Keely Thrasher had incurred medical expenses through April 27, 2022 in the amount of $15,125.00 and was continuing medical treatment for multi-level disc disease with mild bilateral neural foraminal narrowing at C4-5 and C6-7, disc desiccation at L5-S1 with facet arthropathy at L4-5 and L5-S1 as well as intractable migraine headaches with prescribed treatment of Botox injections.  Lucas Thrasher had incurred medical expenses of $25,000 through April 27, 2022 and was continuing to treat for accident-induced neck and low back pain syndrome with epidural steroid injections and medial branch blocks as well as an SI joint injection.  On May 5, 2022, Plaintiffs'

correspondence from counsel regarding Keely Thrasher with a Medical Cost Analysis in which Plaintiff's treating physician recommended future treatment for Keely Thrasher ranging from $1,464,870.00 to $1,638,570.00.  See attached Exhibit "C".

8.

Plaintiffs, Lucas Thrasher and Keely Thrasher are citizens of the State of Louisiana. (See Plaintiff's Petition for Damages, attached hereto as Exhibit "A").

9.

Defendant, FedEx Ground Package System, Inc. is a foreign corporation incorporated under the laws of the State of Delaware and having its principal place of business in the State of Pennsylvania. (See attached hereto as Exhibit "D", corporate information from the Louisiana Secretary of State.)

10.

Accordingly, there is complete diversity of citizenship between the Plaintiffs and all named defendants.  As of the date of the filing of this Notice of Removal, Plaintiffs have not named any other defendants.

11.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy for each claim exceeds $75,000, exclusive of interest and costs, and is between citizens of different states. In the alternative, should the claim of Lucas of Thrasher not exceed $75,000, Defendants respectfully submit that this Court exercise its supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) as this matter

meets the diversity requirements and the claim of Plaintiff, Keely Thrasher satisfies the amount in controversy requirement.

12.

Plaintiffs specifically reserve their right to file a Motion to Transfer Venue pursuant to 28 U.S.C. § 1406(a).

### JURY DEMAND

Defendants are entitled to and request trial by jury on all issues herein.

**WHEREFORE**, Defendants, FedEx Ground Package System, Inc. and Robert Salazar-Paulino, pray that the action entitled "*Lucas Thrasher and Keely Thrasher v. Robert Salazar-Paulino, FedEx Ground Package System, Inc. and Progressive Paloverde Insurance Company*", bearing docket number 2022-062, and assigned to Division "D" of the 33rd Judicial District Court for the Parish of Allen, State of Louisiana, be removed from that State Court docket to the United States District Court for the Western District of Louisiana.

Respectfully submitted,

/s/ Raymond P. Augustin, Jr.
**C. MICHAEL PARKS, #19727**
**RAYMOND P. AUGUSTIN, #02610**
**J. EDWARD McAULIFFE, III, #33969**
*Mouledoux, Bland, Legrand & Brackett*
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: emcauliffe@mblb.com
**Attorneys for FedEx Ground Package System, Inc., Robert Salazar-Paulino**

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 26th day of May, 2022, at their last known address of record.

                                            */s/ Raymond P. Augustin, Jr.*

                                            **RAYMOND P. AUGUSTIN, JR.**

h:\1204\220293 - thrasher lucas & keely\pleadings\removal\notice of removal.docx