**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **LUCAS THRASHER AND KEELY THRASHER** | * * * | **CASE NO. 2:22-CV-01410** |
| **VERSUS** | * * | **JUDGE JAMES D. CAIN, JR.** |
| **ROBERT SALAZAR-PAULINO, FEDEX GROUND PACKAGE SYSTEM, INC. AND PROGRESSIVE PALOVERDE INSURANCE COMPANY** | * * * * * | **MAGISTRATE JUDGE KAY** |

*************************************************

## NOTICE OF SETTLEMENT OF CLAIMS OF LUCAS THRASHER

Pursuant to LR 16.4, Defendants, FedEx Ground Package System, Inc. and Robert Salazar-Paulino, give notice that all claims of Plaintiff, Lucas Thrasher have been settled as to Defendants and there are no remaining claims in the captioned matter.

Respectfully submitted,

*/s/ Raymond P. Augustin, Jr.*
**C. MICHAEL PARKS, #19727**
**RAYMOND P. AUGUSTIN, #02610**
**J. EDWARD McAULIFFE, III, #33969**
*Mouledoux, Bland, Legrand & Brackett*
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: mparks@mblb.com
Email: raugustin@mblb.com
Email: emcauliffe@mblb.com
***Attorneys for FedEx Ground Package System, Inc. and Robert Salazar-Paulino***

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 2nd day of March 2023, at their last known address of record.

                                            */s/ Raymond P. Augustin, Jr.*
                                            **RAYMOND P. AUGUSTIN, JR.**